# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, a Delaware Corporation, <br><br>Plaintiff, <br><br>v. <br><br>MEDIA BREAKAWAY, LLC, a Nevada limited liability company; and SCOTT RICHTER, an individual, <br><br>Defendants. <br><br>MEDIA BREAKAWAY, LLC, a Nevada limited liability company; and SCOTT RICHTER, an individual, <br><br>Counter-Claimants, <br><br>v. <br><br>GREENWICH INSURANCE COMPANY, a Delaware Corporation; INDIAN HARBOR INSURANCE COMPANY, a Delaware corporation, <br><br>Counter-Defendants. | Case No.  CV-08-00937 CAS (CTx) <br><br>Assigned to:  Hon. Christina A. Snyder <br><br>**JUDGMENT** |

The Court having granted motions for summary judgment filed by Greenwich Insurance Company and Indian Harbor Insurance Company; and

The Court having determined that there is no triable issue of material fact and that good cause exists for entry of judgment as set forth below;

NOW, THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment shall be, and hereby is, entered in favor of Greenwich Insurance Company on its Complaint against Media Breakaway, LLC and Scott Richter, and each of them;

2. Greenwich Insurance Company shall be, and hereby is, awarded the amount of $45,522.89, plus interest from December 21, 2007, against Media Breakaway, LLC and Scott Richter, and each of them;

3. Judgment shall be, and hereby is, entered in favor of Indian Harbor Insurance Company on its Counterclaim against Media Breakaway, LLC and Scott Richter, and each of them;

4. Indian Harbor Insurance Company shall be, and hereby is, awarded the amount of $35,522.89, plus interest from December 14, 2007, against Media Breakaway, LLC and Scott Richter, and each of them;

5. Judgment shall be, and hereby is, entered in favor of Greenwich Insurance Company and Indian Harbor Insurance Company, and against Media Breakaway, LLC and Scott Richter, and each of them, on the Counterclaim filed by Media Breakaway, LLC and Scott Richter, and said Counterclaim shall be, and hereby is, dismissed with prejudice.

ENTERED this 11th day of September , 2009.

*Christine A. Snyde*
United States District Judge